IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ZURICH AMERICAN INSURANCE
COMPANY                                                                                                    PLAINTIFF

v.                                    Case No. 4:15-cv-04019

FIKES TRUCK LINE, LLC                                                                           DEFENDANT

## ORDER

Before the Court is a Joint Motion for Entry of a Consent Judgment. (ECF No. 15). Plaintiff and Defendant have jointly informed the Court that all claims in this case have been settled. The Joint Motion for Entry of a Consent Judgment is hereby **GRANTED**.

Under the terms of a settlement agreement, the parties have stipulated and agreed that the Court may enter judgment in favor of the Plaintiff Zurich American Insurance Company against the Defendant Fikes Truck Line, LLC in the amount of $95,000.00, with each party to bear its own costs and attorneys' fees. The Plaintiff and Defendant further stipulate that this is a final judgment on the merits and shall have preclusive effect against any future litigation under the doctrine of res judicata and collateral estoppel.

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above styled cause be, and is hereby, dismissed with prejudice. Furthermore, Plaintiff Zurich American Insurance Company shall have a judgment against the Defendant Fikes Truck Line, LLC, for the sum of $95,000.00. Each party shall bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that if any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty

(30) days of the entry of this judgment.

    The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

    Dated this 29th day of October, 2015.

/s/ Susan O. Hickey  
Susan O. Hickey  
United States District Judge
