IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ZURICH AMERICAN INSURANCE COMPANY                                    PLAINTIFF

v.                                    Case No. 15-cv-4019

FIKES TRUCK LINE, LLC                                                DEFENDANT

BANCORPSOUTH BANK                                                    GARNISHEE

## ORDER

Before the Court is a Motion for Order to Garnishee BancorpSouth Bank ("BancorpSouth"), filed by Plaintiff Zurich American Insurance Company. (ECF No. 68). No party has filed a response or objection to the motion. Plaintiff filed its Complaint against Defendant on February 13, 2015. (ECF No. 1). The parties subsequently informed the Court that a settlement had been reached in the matter. On October 29, 2015, the Court entered an Order dismissing the case pursuant to the terms of the settlement agreement. (ECF No. 16). Plaintiff then filed applications for Writs of Garnishment, as the total amount of the judgment had yet to be satisfied. (ECF No. 37).

On May 24, 2016, Plaintiff issued a Writ of Garnishment as to BancorpSouth. (ECF No. 65). BancorpSouth filed an answer, stating that it is holding funds owed to Defendant in the amount of $26.60. (ECF No. 67). Plaintiff requests that the Court direct BancorpSouth to pay $26.60 to the Plaintiff and discharge BancorpSouth of further liability on the writ upon delivery of payment to Plaintiff.

Upon review, the Court finds that the Motion for Order to Garnishee (ECF No. 68) should be and hereby is **GRANTED**. Garnishee BancorpSouth is hereby ordered to pay $26.60 to Zurich American Insurance Company and deliver the payment to the Plaintiff's attorney within fourteen (14) days of the date of this Order. Upon payment of said amount, BancorpSouth shall be discharged from all liability on Plaintiff's Writ of Garnishment.

**IT IS SO ORDERED**, this 15th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge